## HUMPHREYS *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 69, September Term, 1962.]

*Decided April 5, 1963.*

Before HENDERSON, HAMMOND, PRESCOTT, HORNEY and MARBURY, JJ.

PER CURIAM.

Application for leave to appeal from a denial of post conviction relief is denied for the reasons set out in the opinion of the court below. Cf. *Ralph v. Warden,* 230 Md. 616, 619 and *Faulkner v. Director,* 230 Md. 632, 633. See also the opinion of this Court on direct appeal in *Humphreys v. State,* 227 Md. 115.